UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3491-CIV-HIGHSMITH

ARTHUR J. MORRISON,

    Plaintiff,

v.

UNITED STATES VETERANS
ADMINISTRATION, DAVID
BENTLY, WENDY TURNER,
LISA BURTON, ROGER ROUSSEAU,
JAMES N. KRAUT, MARIO D.
AMBROS and HEARTLAND HEALTH
CARE CENTER,

    Defendants.
_____/



### FINAL ORDER OF DISMISSAL

    THIS CAUSE came before the Court upon Magistrate Judge Barry L. Garber's Report and Recommendation advising that this Court should grant the defendants' respective motions to dismiss the third amended complaint. Upon a de novo review of this matter, including consideration of the plaintiff's objections to said Report and Recommendation, it is

    ORDERED and ADJUDGED that Magistrate Judge Garber's Report and Recommendation is APPROVED AND ADOPTED in its entirety and the defendants' respective motions to dismiss are GRANTED. As noted in the Report, plaintiff has received notice that this would be the



final opportunity for him to amend his complaint. Accordingly, it is further

ORDERED AND ADJUDGED that this Cause be, and the same is hereby DISMISSED with prejudice. All pending motions not otherwise ruled upon are denied as moot and this case is closed.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 12 day of February, 2002.

```
_____
       SHELBY HIGHSMITH
UNITED STATES DISTRICT COURT
```

cc:  Magistrate Judge Garber
     Arthur Morrison, pro se
     Laura Bonn, AUSA
     Jodi C. Page, Esq.
     Craig B. Shapiro, Esq.
     James P. Murray, Esq.